UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

OMM IMPORTS, INC. d/b/a ZERO GRAVITY,

        Plaintiff,

v.

EL SALES CORP d/b/a PREDIRE PARIS,
and SHAHAR BEN SHABAT,

        Defendants.

Case No. 1:20-cv-22740

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
EL SALES CORP D/B/A PREDIRE PARIS AND SHAHAR BEN SHABAT**

MARK F. WARZECHA, ESQUIRE and the law firm of WIDERMAN MALEK, PL, ("Movants"), as counsel for Defendants EL SALES CORP D/B/A PREDIRE PARIS and SHAHAR BEN SHABAT ("Defendants"), hereby file this Motion to Withdraw as Counsel for said Defendants.

1. Due to the irreconcilable differences that have arisen between the Movants and Defendants, Movant respectfully requests to be withdrawn as counsel for Defendants.

2. Defendants advised via email dated August 8, 2020 that they were immediately terminating the "legal relationship" and the "attorney client contract".

3. Movants requested Defendants' substitute counsel to forward a substitution of counsel form on August 10, 2020 and again on August 13, 2020.

4. Movant has not received a response from Defendants since August 8, 2020.

1

5. Movants have advised Defendants via email of the August 17, 2020 deadline to file a Joint Conference Report and Joint Proposed Scheduling Order, to which, Movants have not received an answer.

6. All future pleadings, court documents, correspondence, and other papers related to this case should be delivered directly to the Defendants at their mailing address: 5111 W. Knox Street, Tampa, FL 33634 or to new counsel in the event that Defendants retain other counsel as attorney of record and such counsel files a Notice of Appearance or otherwise appears in this matter as attorney of record.

WHEREFORE, MARK F WARZECHA, ESQUIRE, and the law firm of WIDERMAN MALEK, PL, request this Court enter an order allowing said attorney and law firm to withdraw from any and all further representation of Defendants in this matter and terminating their professional responsibility in connection with this lawsuit, as well as any and all further relief this Court deems just and proper.

Dated: August 14, 2020

    WIDERMAN MALEK, PL

    /s/ Mark F. Warzecha
    Mark F. Warzecha
    Florida Bar No. 95779
    1990 W. New Haven Ave., Ste 201
    Melbourne, FL 32904
    Telephone: 321-255-2332
    MFW@USLegalTeam.com

    **ATTORNEYS FOR DEFENDANTS**
    **EL SALES CORP D/B/A PREDIRE PARIS**
    **AND SHAHAR BEN SHABAT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2020, a copy of Motion to Withdraw as Counsel for Defendants EL Sales Corp d/b/a Predire Paris and Shahar Ben Shabat was served via electronic mail on Attorneys Brown and Goldman and via U.S. Mail to Defendants at the following:

Alexander D. Brown, Esq.
FL Bar No.: 752665
abrown@conceptlaw.com
Adam S. Goldman, Esq.
FL Bar No.: 86761
agoldman@conceptlaw.com
THE CONCEPT LAW GROUP, P.A.
6400 N. Andrews Ave., Ste 500
Telephone: 754-300-1500
Facsimile: 754-300-1501

Defendant EL Sales Corp d/b/a Predire Paris
5111 W. Knox Street
Tampa, FL 33634

Defendant Shahar Ben Shabat
5111 W. Knox Street
Tampa, FL 33634

*/s/ Mark F. Warzecha*
Mark F. Warzecha

3